UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| CALVIN HYDER, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. C-08-350 |
| | § | |
| NATHANIEL QUARTERMAN, *et al*, | § | |
| | § | |
| Respondents. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
## TO DENY PLAINTIFF'S MOTION TO AMEND AND
## TO DISMISS FOR WANT OF PROSECUTION

On February 2, 2011, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that plaintiff's motion to amend (D.E. 23) be denied, and this action dismissed for want of prosecution.  On February 15, 2011, plaintiff filed Objections to the Magistrate's Recommendations.

Having reviewed the findings of fact and conclusions of law therein, as well as the pleadings on file and plaintiff's objections, and having made a *de novo* disposition of those portions of the Magistrate Judge's recommended disposition to which objections were raised, *see Koetting v. Thompson*, 995 F.2d 37 (5th Cir. 1993), 28 U.S.C. § 636(b)(1)(C); Fed.R.Civ.P.72(b), the Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, it is ORDERED that plaintiff's motion to amend is denied, and this action is dismissed for want or prosecution.

1 / 2

2 / 2

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 15th day of February, 2011.

Janis Graham Jack
United States District Judge